**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  17-24602-CIV-ALTONAGA**

**LISA HILL**,

     Plaintiff,

v.

**SYNCHRONY FINANCIAL USA**, *et al.*,

     Defendants.

_____/

**ORDER**

**THIS CAUSE** is before the Court upon the Notice of Settlement [ECF No. 45] filed by

Plaintiff and Defendant, Synchrony Financial USA, filed on August 2, 2018.  The parties advise

that a settlement has been agreed upon between Plaintiff and Defendant, Synchrony Financial

USA.  The Court having carefully reviewed the file, and being otherwise fully advised, it is

hereby

**ORDERED AND ADJUDGED** that the parties shall file a stipulation for dismissal

within **thirty (30) days** of the date of this Order as to Defendant, Synchrony Financial USA.

**DONE AND ORDERED** in Miami, Florida, this 3rd day of August, 2018.

**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record